UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

---------------------------------------------------------X
)
PAMELA MONTGOMERY BECKHAM )
)
)
Plaintiff, )
)
v. ) Case: 1:08-cv-00172
) Assigned to: Collyer, Rosemary M.
NATIONAL RAILROAD PASSENGER ) Assign Date: 1/29/08
CORPORATION ) Description: Employ. Discrimination
) Next Event: Answer Due 4/29/08
Defendant. )
)
---------------------------------------------------------X

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO DISMISS

Defendant National Railroad Passenger Corporation ("Amtrak" or "Defendant"), through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), to dismiss all claims asserted against it in Plaintiff Pamela Montgomery Beckham's Complaint. In support of its motion, Defendant respectfully refers this Court to the attached memorandum of points and authorities.

WHEREFORE, Defendant requests that Plaintiff's Complaint be dismissed.

Respectfully submitted,

TOBIN, O'CONNOR & EWING

By: __/s/ David C. Tobin__
David C. Tobin, Esq. (D.C. Bar #395959)
Desmond T. McIlwain, Esq. (Via Pro Hac Vice Admission)

Forrest G. Read, Esq. (D.C. Bar # 494450; via Pro Hac Vice Admission)
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
**dctobin@tobinoconnor.com**
Tel: (202) 362-5900
Fax: (202) 362-6579
*Attorneys for Defendant National Railroad Passenger Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2008, a true and correct copy of the foregoing was served by first-class, postage pre-paid U.S. mail to:

Gary T. Brown
Gary T. Brown & Associates
Suite 1000
1111 14th Street, N.W.
Washington, D.C. 20005

/s/ David C. Tobin
David C. Tobin