UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

------------------------------------------------------------X
)
PAMELA MONTGOMERY BECKHAM )
)
)
Plaintiff, )
)
v. ) Case: 1:08-cv-00172
)
NATIONAL RAILROAD PASSENGER )
CORPORATION )
)
Defendant. )
)
------------------------------------------------------------X

## ORDER

Upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak" or "Defendant") Motion To Dismiss, and any opposition thereto, it is this \_\_\_\_\_ day of _____, 2008, hereby

ORDERED, that the Motion To Dismiss be, and the same hereby is, GRANTED; and it is further

ORDERED, that Plaintiff Pamela Montgomery Beckham's Complaint is DISMISSED, with prejudice, as to Defendant.

_____
Judge, District of Columbia District Court

Copies to:

David C. Tobin, Esq.
Tobin, O'Connor & Ewing

5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015


Gary T. Brown, Esq.
Gary T. Brown & Associates
1111 14th Street, N.W.
Suite 1000
Washington, D.C. 20005