UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PAMELA MONTGOMERY BECKHAM** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | C.A. No. 08-172 (RMC) |
| | * | |
| **NATIONAL RAILROAD PASSENGER** | * | |
| **CORPORATION** | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

CONSENT MOTION FOR AN EXTENSION OF TIME

Plaintiff Pamela Beckham, by and through her counsel, seeks an extension of time in which to file her Opposition to Defendant's Motion to Dismiss this action in its entirety. Because of the complexity of the issues raised and also due to Plaintiff's counsel's involvement in trial preparation the past two weeks, an extension of three weeks or until June 6, 2008, is sought.

Plaintiff's counsel has contacted counsel for Defendant Amtrak. He has agreed to the extension of time requested herein.

Defendant has raised numerous issues about the claims brought by Ms. Beckham and seeks dismissal on jurisdictional grounds, challenging certain allegations in the Complaint as untrue. This alone requires research and a thorough review by Plaintiff to determine if certain facts should be withdrawn or if Defendant's allegations need to be refuted.

Further, Defendant Amtrak has submitted documents in support of its motion to dismiss. Although it is not automatic that such a submission will convert the motion from one for dismissal under Rule 12, Fed.R.Civ.P. to one for summary judgment, pursuant to Rule 56, Fed.R.Civ.P., Plaintiff notes that Defendant has drawn from its internal personnel records to submit non-public documents in support of its motion.

Although public documents can be considered in a Rule 12 motion without concern for the non-movant, Marshall County Health Care Auth. v. Shalala, 988 F.2d 1221, 1222-23 (D.C. Cir.1993), the use of documents by a movant which were not previously available raises fairness considerations under Rule 12 and the applicability of Rule 56(f). No discovery has occurred and Defendant seeks support for its position by reliance upon documents from its own personnel files.

Whether an application for discovery under Rule 56(f), Fed.R.Civ.P. is appropriate or whether the countervailing evidence demonstrating Plaintiff Beckham's right to have her claims heard by this Court is otherwise available is still being determined and is part of the reason counsel seeks additional time for filing the Opposition.

Counsel also submits that yesterday was the actual deadline for filing, which he realized as he prepared to file this motion. Counsel had been focused on preparing for trial before Chief Judge Hogan in Shepperd v. District of Columbia, set to begin on Tuesday, May 13th, and prior to the last minute settlement, he had miscalculated the filing date for the Opposition due here. Because counsel engaged in "excusable neglect", he seeks this extension pursuant to Rule 6 (b)(2), Fed.R.Civ.P.

The undersigned made opposing counsel aware of his miscalculation and counsel has still agreed to the extension of time sought here.

For the reasons stated above and because it appears little, if any, harm would be caused to Defendant by the extension of time requested, Plaintiff respectfully requests that the Court grant her additional time to file her Opposition to Defendant's Motion to Dismiss up to June 6, 2008.

    Respectfully Submitted

_____
Gary T. Brown
D.C. Bar No. 246314
Gary T. Brown & Associates
Suite 1000
1111 14th Street, N.W.
Washington, D.C.  20005
(202) 393-4900
Attorney for Plaintiff,
 Ms. Pamela Beckham

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA MONTGOMERY BECKHAM** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| * | |
| v. * | C.A. No. 08-172 (RMC) |
| * | |
| **NATIONAL RAILROAD PASSENGER** * | |
| **CORPORATION** * | |
| * | |
| **Defendant.** * | |
| * | |

ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to file her Opposition to Defendant's Motion for Summary Judgment and the entire record in this case, it is this _____ day of May, 2008 hereby

ORDERED, that Plaintiff's Consent Motion for Extension of Time to file her Opposition to Defendant's Motion for Summary Judgment is hereby GRANTED. Plaintiff's Opposition shall be filed by June 6, 2008.

.

_____
**Hon. Rosemary M. Collyer**
United States District Judge
for the District of Columbia