**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PAMELA MONTGOMERY BECKHAM** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| | * | |
| v. | * | C.A. No. 08-172 (RMC) |
| | * | |
| **NATIONAL RAILROAD PASSENGER** | * | |
| **CORPORATION (AMTRAK)** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

PLAINTIFF'S MOTION TO FILE HER OPPOSITION TO
DEFENDANT AMTRAK'S MOTION TO DISMISS OUT OF TIME

Plaintiff Pamela Beckham, by and through her counsel, seeks an extension of time in which to file her Opposition to Defendant's Motion to Dismiss this action. The due date scheduled for filing was Friday, June 6, 2008 and the Opposition was filed yesterday, June 9th, one business day past the deadline. Counsel had almost finished the Opposition on Friday, but for some details. Counsel planned on completing the Opposition over the weekend, but the unexpected heat wave made counsel's work place too hot, since air conditioning during non-business hours is not available.

Plaintiff's counsel has attempted to contact counsel for Defendant Amtrak, but was unsuccessful.

Although Plaintiff believes she has been able to marshal the facts and law necessary to defeat Defendant's motion to dismiss, certain aspects of the Opposition required more work than expected, including Plaintiff's Declaration. The slight delay became more serious when counsel's office was unbearably hot over the weekend.

Counsel further argues that the one business day delay in filing Plaintiff's Opposition has caused no harm to Defendant.

For the reasons stated above and because it appears no harm would be caused to Defendant by the extension of time requested, Plaintiff respectfully requests that the Court grant her one additional business day for filing her Opposition to Defendant's Motion to Dismiss, which is currently lodged in the Office of the Clerk of this Court.

Respectfully Submitted

_____
Gary T. Brown
D.C. Bar No. 246314
Gary T. Brown & Associates
Suite 1000
1111 14th Street, N.W.
Washington, D.C.  20005
(202) 393-4900
Attorney for Plaintiff,
 Ms. Pamela Beckham

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| **PAMELA MONTGOMERY BECKHAM** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| | * | |
| v. | * | C.A. No. 08-172 (RMC) |
| | * | |
| **NATIONAL RAILROAD PASSENGER** | * | |
| **CORPORATION** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

ORDER


Upon consideration of Plaintiff's Motion To File Her Opposition To Defendant Amtrak's Motion To Dismiss Out Of Time and the entire record in this case, it is this _____ day of June, 2008 hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED.  The Clerk is directed to accept for filing Plaintiff's Opposition.

.

_____
**Hon. Rosemary M. Collyer**
United States District Judge
for the District of Columbia